James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>A K B GRADING, PAVING & EXCAVATING, INC., a California corporation; and ANTHONY K. BARBARIA, an Individual,<br><br>Defendants. | Case No.: C-04-4393 SI<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Plaintiffs JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN

///

///

///

-1-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-04-4393 SI]

1   CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR

2   NORTHERN CALIFORNIA, hereby substitute as their attorney:

3                 Ronald L. Richman, Esq. (SBN 139189)
                  Bullivant Houser Bailey, P.C.
4                 601 California Street, Suite 1800
                  San Francisco, California 94108-2823
5                 Telephone No. (415) 352-2700
                Facsimile No. (415) 352-2701
6                 E-Mail: Ron.Richman@bullivant.com

7 in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington,

8 Stanton, Kay & Watson, LLP.

9 **NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

10 DATED: January 26, 2007         Ronald L. Richman
                                    BULLIVANT HOUSER BAILEY, P.C.

12                                     By: _/s/ Ronald L. Richman_
                                          Ronald L. Richman

14 **FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

15 DATED: January 5, 2007         James P. Watson
                                    Bruce K. Leigh
16                                     Anne Bevington
17                                     STANTON, KAY & WATSON, LLP

18                                     By: _/s/ Anne Bevington_
                                          Anne Bevington

20 **PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

21 DATED: January 28, 2007         JOSE MORENO as CHAIRMAN and LARRY TOTTEN as
                                    CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE
22                                   LABORERS HEALTH AND WELFARE TRUST FUND FOR
                                  NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY
23                                   TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS
                                  PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and
24                                   LABORERS TRAINING AND RETRAINING TRUST FUND FOR
25                                   NORTHERN CALIFORNIA

26                                   By: _Edward Smith_
                                  Name: Edward Smith
27                                   Title: Fund Manager
                                  Authorized Representative
28

*IT IS SO ORDERED*
*/s/ Susan Illston*
*Judge Susan Illston*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

F:\CASES\7000\7000.1019\RLR Grading\PLEADINGS\SUBSTITUTION OF ATTORNEY.doc

-2-

NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-04-4393 SI]